# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACEY N. DAVENPORT, ) | |
| SHARON L. DUBBLE DAVENPORT, ) | |
|     Plaintiffs, ) | No. 1:05-cv-02488 (RJL) |
| ) | |
|   v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: February 27, 2006.

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Phone/Fax: (202) 307-6585/514-6866
                                              Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Stacey N. Davenport
>Sharon Dubble Davenport
>16439 Pottsville Pike
>Hamburg, PA 19526

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ