# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACEY N. DAVENPORT, ) | |
| SHARON L. DUBBLE DAVENPORT, ) | |
| Plaintiffs, ) | No. 1:05-cv-02488 (RJL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Stacey N. Davenport
Sharon Dubble Davenport
16439 Pottsville Pike
Hamburg, PA 19526


              /s/ Beatriz T. Saiz
              BEATRIZ T. SAIZ