## United States District Court
### IN THE DISTRICT OF COLUMBIA

Stacy N Davenport,
Sharon L Dubble Davenport,

                        Case No. 1:05cv02488

    Plaintiff(s),

v.

United States

    Defendant.

### MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 24, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The attached responses required extensive research and writing to respond to defendants motions.

Dated: 4-17, 2006

*(signature)* Stacy M Davenport
Stacy N Davenport
16439 Pottsville Pike
Hamburg, PA 19526

*(signature)* Sharon L Dubble
Sharon L Dubble Davenport
16439 Pottsville Pike
Hamburg, PA 19526

**RECEIVED**

APR 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated  4-17 , 2006

*Stacy Davenport*
Stacy N Davenport