**RECEIVED**

APR 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stacy N Davenport
Sharon L Dubble Davenport

           Plaintiff(s),

Case No. 1:05cv02488

v.

United States

           Defendant.

### RESPONSE TO UNITED STATES' NOTICE OF RELATED CASES

Plaintiff(s) respond(s) to the United States' Notice of Related Cases.

Defendant has filed a frivolous and unwarranted pleading entitled Notice of Related Cases. Plaintiff(s) allege(s) that defendant's Notice of Related Cases is brought for improper purposes of delay, is unwarranted by existing law, and is frivolous, lacking any good faith argument for an extension, modification or reversal of existing law and insults the intelligence of this court and the plaintiff. Counsel complains to the court that plaintiff's complaint is nearly identical to a submitted list of complaints filed in this court.

In making the claims set forth, defense counsel has opened the door to questions regarding the inner workings of his/her department. Plaintiff(s) demand(s) to know exactly how many of these 'nearly identical' cases counsel is responsible for answering. Does Counsel claim to be responsible for answering every case on the submitted list? Counsel

has wasted the Courts' and the plaintiff('s)(s') time by squandering his/her efforts on cases other than the ones to which he/she is assigned. If Counsel admits to only being responsible for one or two cases, counsel has clearly attempted to misrepresent the facts before the Court. Plaintiff(s) do/does not understand Defense Counsels whining. Plaintiff(s) request(s) the Court render a determination as to whether or not Counsel for the Defense is claiming incompetence.

Plaintiff(s) have no idea what counsel wishes either the plaintiff(s) or the court to do with defendants' Notice of related cases. Said pleading does not ask for a response from the plaintiff(s) nor does it request a response from the court, nor does it present any cognizable issue that is relevant to any matter raised in plaintiff('s)(s') complaint.

The record shows that plaintiff(s) have no related cases in this Court or any other United States court. Plaintiff(s) have/has no knowledge of the cases listed in counsel's Notice of Related Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who plaintiff(s) are in the listed cases. To the extent that the listed cases allege facts similar to the facts alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of unlawful activity on the part of the IRS.

Plaintiff(s) request(s) the court to regard defendants' notice as an admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering, by the IRS,

and take judicial notice that the aforementioned Notice of Related Cases is evidence that others are also complaining that the IRS is engaging in similar pattern of unlawful activity.

Plaintiff(s), additionally, respectfully request(s) the Court render a determination as to whether defense counsel should be required by the Court to identify exactly how many of the identical cases defense counsel has entered motions and/or answers into this court or in the alternative strike counsel's pleading and grant sanctions to plaintiff(s) to compensate plaintiff(s) for his/her/their time to respond to counsel's frivolous pleading.

Dated 4-17, 2006

*Stacy M. Davenport*
Stacy N Davenport
16439 Pottsville Pike
Hamburg, PA 19526

*Sharon L Dubble*
Sharon L Dubble Davenport
16439 Pottsville Pike
Hamburg, PA 19526

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated 4-17, 2006

*Stacy M. Davenport*
Stacy N Davenport