RECEIVED

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Stacy N Davenport,
Sharon L Dubble Davenport                    Case No. **1:05cv02488** RJL

          Plaintiff(s),                ADDENDUM TO COMPLAINT No.

v.

United States
          Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat Ginis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _____7.21_____, 2006

_____Stacy M. Davenport_____
Stacy N Davenport

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated 7-21, 2006

*Stacy M Davenport*
Stacy N Davenport
16439 Pottsville Pike
Hamburg, PA 19526

*Sharon R Dubble Davenport*
Sharon L Dubble Davenport
16439 Pottsville Pike
Hamburg, PA 19526

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Pennsylvania, personally appeared, Stacy N Davenport, Sharon L Dubble Davenport known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

*Jennifer M. Dubble* 7/21/06
Notary, State of Pennsylvania

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jennifer M. Dubble, Notary Public
Bern Twp., Berks County
My Commission Expires July 19, 2007
Member, Pennsylvania Association Of Notaries

---

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Stacy N Davenport v. United States.     page 3 of 4 pages     Addendum to Complaint

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0030

In reply refer to: 0469004352
May  03, 2006   LTR 3175C    0
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   000000  00 000
                              26561
                    BODC: SB

STACY N DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG   PA   19526-8102394

Dear Taxpayer:

  This is in reply to your correspondence dated Dec. 10, 2005.

  We have determined that the arguments you raised are frivolous and have no basis in law.  Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

  You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf.  We also refer you to a document entitled The Truth About Frivolous Tax Arguments.  It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf.  If you do not have internet access, you can obtain copies of these documents from your local IRS office.

  There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes.  These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts.  People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

  People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment.  Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov.  Once there, enter the IRS keyword: fraud.

  The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

  The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes.  We urge you to honor those legal duties.

  If you persist in sending frivolous correspondence, we will not continue to respond to it.  Our lack of response to further

```
                                                    0469004352
                                  May  03, 2006  LTR 3175C    0
                                  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   000000 00 000
                                                         26564
```

STACY N DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG  PA  19526-8102394


PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, we must tell you that our legal right to ask for information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations.  They say that you must furnish us with records or statements for any tax for which you are liable, including the withholding of taxes by your employer.

We ask for information to carry out the Internal Revenue laws of the United States, and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other federal agencies, states, cities, and the District of Columbia for use in administering their tax laws.

If you don't provide this information, or provide fraudulent information, the law provides that you may be charged penalties and, in certain cases, you may be subject to criminal prosecution.  We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return.  This could make your tax higher or delay any refund.  Interest may also be charged.

```
                                                        0469004352
                                    May  03, 2006   LTR 3175C    0
                                    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   000000 00 000
                                                              26563
```

STACY N DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG   PA   19526-8102394



                    of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

    If you any have questions, please write to us at the address
shown at the top of the first page of this letter.  Or, you may call
us toll free at 1-866-899-9083.  Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you.  You may also wish to keep a copy of
this letter for your records.

Your Telephone Number (___)_____  Hours _____


                              Sincerely yours,

                              *[signature: Scott Prentky]*

                              Scott Prentky
                              Field Director, Compliance Services

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0030

```
STACY N DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG  PA  19526-8102394
```

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
          0469004352

BODCD-SB

| | |
|---|---|
| Use for payments | |
| Letter Number: | LTR3175C |
| Letter Date  : | 2006-05-03 |
| Tax Period  : | 000000 |


*159407403*

STACY N DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG  PA  19526-8102394

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0030

159407403 OK DAVE 00 0 000000 670 00000000000