UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STACY N. DAVENPORT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 05-2488 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this **29th** day of September 2006, hereby

**ORDERED** that [#5] Defendant's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

